AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**CRYSTAL CHERRY**

        Plaintiff

V.

**JANET MONROE, et al**

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-6562 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐   **GRANTED, and**

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ **DENIED, for the following reasons:** *Plaintiff's complaint is illegible. The Court cannot determine whether a viable claim is being asserted. Plaintiff shall amend and refile a legible complaint and submit a financial affidavit by Feb. 5, 2010.*

ENTER this 5th day of January, 2010

*Failure to adhere to the filing deadline shall result in dismissal of this matter.*

Signature of Judicial Officer

Susan D. Wigenton, U.S.D.J.
Name and title of Judicial Officer